**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1674

ERICKA MOSBY,

                Plaintiff - Appellant,

        v.

SOCIAL SECURITY UPCARE CENTER,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Arenda L. Wright Allen,
District Judge.   (2:14-cv-00266-AWA-DEM)

Submitted:  October 21, 2014        Decided:  October 23, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ericka Mosby, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ericka Mosby appeals the district court's order dismissing her civil complaint against the Social Security UpCare Center for failure to state a claim after conducting a review pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>See</u> <u>Mosby v. Social Security UpCare Ctr.</u>, No. 2:14-cv-00266-AWA-DEM (E.D. Va. June 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>